

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VALLEY FORGE, INC., | § | No. 08-22-00084-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CK CONSTRUCTION, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV3705) |
| | § | |
| | § | |

**O R D E R**

Pending before the Court is Appellant's motion to extend abatement on appeal. The motion is GRANTED, and the appeal is abated until February 3, 2023, to give the parties an opportunity to settle the dispute. If the parties are able to finalize a settlement prior to February 3, 2023, the parties are directed to notify the Court of that fact and to file an appropriate motion to dispose of this action.

IT IS SO ORDERED this 30th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.